Waterworks v Jennifer E Dahl Exhibit A.xls

| | EXHIBIT A* | | |
| --- | --- | --- | --- |
| | Transfers | | |
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| JENNIFER E. DAHL | 208017 | 2/12/2009 | $6,534.00 |
| JENNIFER E. DAHL | 208384 | 2/26/2009 | $8,118.00 |
| JENNIFER E. DAHL | 208795 | 3/20/2009 | $13,018.50 |
| JENNIFER E. DAHL | 208933 | 4/1/2009 | $2,409.00 |
| JENNIFER E. DAHL | 209201 | 4/17/2009 | $10,263.00 |
| JENNIFER E. DAHL | 50005004 | 5/1/2009 | $1,980.00 |
| | | | $42,322.50 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation